## VOLKMAN, STOLLWERCK & CO. v. UNITED STATES.

(Circuit Court, S. D. New York.   December 9, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—CACHOUS.
> Victoria cachous (being small pellets, made in part of licorice, with a peppermint or wintergreen flavor, used by smokers and others, to sweeten the breath) were dutiable as "articles of perfumery," under paragraph 61 of the act of 1894, and not as "licorice and extracts of," under paragraph 23, or as "confectionery," under paragraph 183.

This was an appeal by Volkman, Stollwerck & Co. from a decision of the board of general appraisers sustaining the action of the collector in respect to the classification of certain imported merchandise.   The merchandise in suit consisted of Victoria cachous, being small pellets, made in part of licorice, with a peppermint or wintergreen flavor, used by smokers and others to sweeten the breath.   Duty was assessed thereon, under paragraph 61 of the act of August 28, 1894, as perfumery, at 40 per cent. ad valorem. The importers protested, claiming the merchandise to be dutiable at the rate of 5 cents per pound, under paragraph 23, as "licorice and extracts of, in paste, rolls, or other forms," or as confectionery, at 35 per cent. ad valorem, under paragraph 183.

W. Wickham Smith, for plaintiffs.
Henry D. Sedgwick, Jr., Asst. U. S. Atty.

WHEELER, District Judge.   These cachous are used by smokers and others for perfuming the breath, and seem, well enough, to be "articles of perfumery," provided for in paragraph 61 of the tariff act of 1894, as they have been classified.   Decision affirmed.